Ryan D. Griffin CSB # 236208
The Griffin Law Firm
980 Ninth St., 16th FL
Sacramento, California 95814
Tel: (916) 418-1032
ryan@thegriffinlawfirm.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE:

GREGORY BONDS and
WANDA JEAN BONDS,

Debtor(s)

Case No.: 09-57493

MOTION TO DISMISS

GREGORY BONDS and WANDA JEAN BONDS, by and through their attorney, RYAN D. GRIFFIN, respectfully represent:

1. Movants are the debtors in the above captioned case that was filed on September 3, 2009.

2. Debtors have experienced a change in their employment that they believe will allow them to address their debt outside of bankruptcy and therefore desire to voluntarily dismiss this case.

3. This case has not been previously converted under sections 706, 1112, or 1208 of title 11 of the United States Code.

1

WHEREFORE, movants pray that the case be voluntarily dismissed pursuant to section 1307(b) of title 11 of the United States Code.

Dated: October 19, 2009 /S/ Ryan D. Griffin

BY: RYAN D. GRIFFIN
Attorney for Debtors

Dated: October 19, 2009 /s/ Gregory Bonds

BY: GREGORY BONDS

Dated: October 19, 2009 /s/ Wanda Jean Bonds

BY: WANDA JEAN BONDS